IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **DEMITRIUS JONES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-18-CV-370-KC |
| | § | |
| **POSTERITY ARORA JOINT VENTURE, L.L.C., POSTERITY GROUP, L.L.C., THE ARORA GROUP, INC., and ABRAHAM TORRES,** | § § § § § § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal, ECF No. 29.

In accordance with Rule 41 of the Federal Rules of Civil Procedure and the terms of the parties' joint motion to dismiss, the Court **ORDERS** that all claims in this case are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that any pending motions in this case are hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that the parties shall bear their own costs.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 7th day of October, 2019.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE